IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SENNAYI TEOUME-LESSANE,**

       **Petitioner,**

v.                                                                             **Case No. 5:07cv159**
                                                                             **(Judge Stamp)**

**JEFF BOLYARD, Acting Warden**

       **Respondent.**

## ORDER GRANTING MOTION TO AMEND/CORRECT
## ORDER TO SHOW CAUSE

On December 28, 2007, the undersigned issued an Order to Show Cause which mistakenly stated that the petitioner filed his petition on December 16, 2007, rather than December 5, 2007. On January 4, 2008, the petitioner filed a Motion to Amend/Correct the Order to Show Cause. Said Motion (Doc. 11) is **GRANTED** and this Amended Order to Show Cause shall supercede the original Order to Show Cause (Doc. 10).

Pursuant to LR PL P 83.09, the undersigned has made a preliminary review of the petition and finds that summary dismissal of the same is not warranted. Therefore, the Warden shall have **thirty (30) days** from the date of this Order to show cause why the writ should not be granted. Petitioner has **thirty (30) days** from the date a response is filed to file any reply he may have. Pursuant to Rule 7 of the Federal Rules of Civil Procedure, no other pleadings will be accepted without the express order of the court upon a timely motion duly made.[1]

---

[1] "There shall be a complaint and an answer...[n]o other pleading shall be allowed, except that the court may order a reply to answer..." Fed.R.Civ.P 7(a).

IT IS SO ORDERED.

The Clerk mail a copy of this Order to the *pro se* petitioner and provide a copy to all counsel of record.

DATED: January 7, 2008.

/s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE